IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DELTA/UNITED SPECIALTIES, INC                                    PLAINTIFF

v.                      No. 3:07CV00014 GH

BUILDING CONSTRUCTION ENTERPRISES, INC.
AND SAFECO INSURANCE COMPANY OF AMERICA                          DEFENDANTS

## ORDER

Pursuant to the March 22nd notice (#5) filed by SAFECO, its time for responding to the complaint is hereby extended until July 9th.

IT IS SO ORDERED this 29th day of March, 2007.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE