## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DELTA/UNITED SPECIALTIES, INC.                                           PLAINTIFF

V.                                                                          NO. 3:07 CV 00014 SWW

BUILDING CONSTRUCTION ENTERPRISES, INC.
AND SAFECO INSURANCE COMPANY OF AMERICA            DEFENDANTS

### CONSENT ORDER OF DISMISSAL

On this date, came before the Court the joint motion of the parties to dismiss plaintiff's claims against defendants, pursuant to the parties' settlement agreement. Upon consideration of the agreement, pleadings, statements of counsel and other matters before it, the Court finds that the motion should be granted. Therefore, plaintiff's claims against defendants are hereby dismissed with prejudice. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

*[signature]*
United States District Judge

Date: August 6, 2007

**Approved:**

_Richard M. Carter by SW w/ permission_
Richard M. Carter
Shea S. Wellford
Attorneys for Plaintiff


_Lawrence W. Jackson_
Lawrence W. Jackson
Attorney for Defendant
Building Construction Enterprises, Inc.


_Kevin Cole by SW w/ permission_
Kevin Cole
Attorney for Defendant
Safeco Insurance Company of America